IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SONYA ABEYTA, EX REL. HER
DECEASED MOTHER, DIANE ABEYTA,

      Plaintiff,

v.                                                            No. 20-CV-0235-KG-KBM

ANDREW SAUL, Commissioner of
the Social Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court upon Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 23), filed September 30, 2020. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Karen B. Molzen who entered Proposed Findings and Recommended Disposition ("PFRD") (Doc. 34) on February 4, 2021. As detailed in the PFRD, Judge Molzen recommended that the Court grant Plaintiff's Motion, and she notified the parties of their right to file written objections pursuant to 28 U.S.C. § 636(b)(1)(C). Neither party objected to the PFRD, and the deadline for so doing expired on February 18, 2021. Having reviewed the record, the Court determines that it will adopt the PFRD in its entirety and grant Plaintiff's Motion.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 34) is hereby ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 23) is hereby GRANTED.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE